# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON MOTION FOR CONTINUANCE

The defendant, Nickie G. Cammarata, has asked for a two-week continuance of the evidentiary hearing now set for January 7, 2008. The request is based on the need for reviewing exhibits to be used at the hearing and to depose witnesses. The plaintiff, Rimkus Consulting Group, Inc., opposes the request. Rimkus's counsel is scheduled to be in a trial in another case on the date of the suggested resetting and the continuance would have to be until at least January 28, 2008, three weeks after the present setting.

Since the January 7, 2008 date for the evidentiary hearing was set, a conflict has developed in this court's schedule. A criminal case, which has priority, will begin jury selection and trial on January 7, 2008. To meet the needs of the parties to this civil case, the following scheduling changes are ordered.

1.  Counsel for Cammarata and for Rimkus will appear in this court on **January 4, 2008, at 10:00 a.m.**  The hearing will resolve any discovery disputes that the parties discussed in the motion for continuance and response and serve as a prehearing conference.

2.  The evidentiary hearing is reset to begin on **January 10, 2008, at 1:30 p.m.**, or as soon as the criminal trial is concluded, whichever is first, subject to the previously set case involving counsel for Rimkus set in the Southern District of Mississippi.

SIGNED on December 19, 2007, at Houston, Texas.

_____
                      Lee H. Rosenthal
                  United States District Judge