IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Counsel have advised the court of continued problems with the date for the evidentiary hearing on the plaintiff's motion for injunctive relief. To accommodate the schedule of all counsel, and this court, the following amended dates are set:

**January 4, 2008**      Conference with court at **10:00 a.m.**

**February 15, 2008**      Evidentiary Hearing, to begin at **9:00 a.m.**

The hearing set for January 10, 2008, is canceled.

SIGNED on December 21, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge