**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Rimkus Consulting Group, Inc. has requested an extension of its deadline to respond to Cammarata's motion to dismiss. Cammarata has not filed an opposition. Rimkus's motion for extension of time is granted. Rimkus must file its response by February 4, 2008.

SIGNED on January 28, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge