IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| RIMKUS CONSULTING GROUP, INC., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Rimkus Consulting Group, Inc.'s Motion to Redact Testimony from Injunction Hearing Transcript is granted. The following items are redacted from the May 1, 2008 trial transcript:

(1) Page 77, line 19:
Person's and company's name

(2) Page 78, line 6:
Person's name

(3) Page 78, line 8:
Person's name

(4) Page 81, line 23;
Person's name (not counsel's)

(5) Page 81, line 25:
Person's name

(6) Page 82, line 1:
Person's and company's name

(7) Page 82, line 3:
Company's name

The following exhibits introduced in court during the hearing on plaintiff's request for injunctive relief remain under seal:

P2   Rimkus List of SMSAs covered by Employment Agreement

P3   Rimkus List of Cities covered by Employment agreement

P6   Operating Agreement of U.S. Forensic, L.L.C.

P67  Rimkus 2006 Business Plan

SIGNED on August 13, 2008, at Houston, Texas.

                              Lee H. Rosenthal
                             United States District Judge