**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Rimkus Consulting Group, Inc. has subpoenaed documents and information from several Internet Service Providers. The documents and information obtained from the ISPs must be submitted directly to the court for *in camera* review. The court will review the documents to determine whether it is necessary to appoint a special master to limit what is produced to Rimkus to relevant documents and information. If the documents submitted are not so voluminous or complicated as to require a special master, the court will conduct the necessary review.

SIGNED on May 4, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge