IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Rimkus Consulting Group, Inc. has subpoenaed documents and information from several Internet Service Providers. During the May 1, 2009 discovery hearing, this court determined that some of Rimkus's inquiries were too broad and required Rimkus to serve amended subpoenas containing search terms that would narrow the scope of emails produced by the ISPs to relevant, discoverable material. Rimkus has served the ISPs with amended subpoenas. Among the search terms included in the amended subpoenas are the names of several attorneys the defendants met with before leaving their employment with Rimkus. This court ruled at the May 1, 2009 discovery hearing that Rimkus was not entitled to seek emails concerning the defendants' communications with these attorneys. Rimkus will delete the attorneys' names from the list of search terms and reissue the subpoenas.

SIGNED on May 11, 2009, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge