**Taggart, Morton, Ogden, Staub, Rougelot & O'Brien, LLC**

2100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2100
Phone: (504) 599-8500  Fax: (504) 599-8501
Tax Id: 72-1376656

| | |
|---|---|
| Invoice Date | 6/26/2006 |
| Invoice Number | 6742 |
| Payment Terms | |

Client:
Bell, Gary
Gary Bell

9437 Roslyn Drive
River Ridge, La 70123-

**Billed Time for: Advice**
Contact: Bell, Gary

| Date | Employee Name / Description | Activity Code | Activity Code2 | Hours | Rate | Amount Due |
|---|---|---|---|---|---|---|
| 5/16/2006 | Demmons, Larry<br>Meeting with G. Bell and M. DeHarde regarding | | | 1.00 | | |
| 5/22/2006 | Demmons, Larry | | | | | |
| 5/23/2006 | Demmons, Larry | | | | | |
| 5/25/2006 | Demmons, Larry | | | | | |
| 5/30/2006 | Demmons, Larry | | | | | |

Time Subtotal: $1,635.00

**Time Summary by Employee - Advice**

| Employee | Hours | Rate | Amount Due |
|---|---|---|---|
| Demmons, Larry | | | |

Total Amount Due for Matter:

Page 2


EXHIBIT G

**Taggart, Morton, Ogden, Staub, Rougelot & O'Brien, LLC**

2100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2100
Phone: (504) 599-8500 Fax: (504) 599-8501
Tax Id: 72-1376656

| Invoice Date | 10/29/2006 |
|---|---|
| Invoice Number | 7134 |
| Payment Terms | |

**Client:**
Bell, Gary
Gary Bell

9437 Roslyn Drive
River Ridge, La 70123-

**Billed Time for: Advice**
Contact: Bell, Gary

| Date | Employee Name / Description | Activity Code | Activity Code2 | Hours | Rate | Amount Due |
|---|---|---|---|---|---|---|
| 7/26/2006 | Demmons, Larry | | | 1.00 | | |
| | Meeting with G. Bell regarding ████ | | | | | |
| 8/9/2006 | Demmons, Larry | | | | | |
| 8/14/2006 | Demmons, Larry | | | | | |
| 8/16/2006 | Demmons, Larry | | | 2.00 | | |
| | Meeting with G. Bell, M. DeBarde, and others regarding ████ | | | | | |
| 8/18/2006 | Demmons, Larry | | | | | |
| 8/24/2006 | Demmons, Larry | | | | | |
| | | | | | Time Subtotal: | |

**Time Summary by Employee: Advice**

| Employee | Hours | Rate | Amount Due |
|---|---|---|---|
| Demmons, Larry | | | |

Total Amount Due for Matter:

# Taggart, Morton, Ogden, Staub, Rougelot & O'Brien, LLC

2100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2100
Phone: (504) 599-8500 Fax: (504) 599-8501
Tax Id: 72-1376656

**Client:**
U.S. Forensics
Gary Bell

9437 Roslyn Drive
River Ridge, La 70123-

| Invoice Date | 12/20/2006 |
|---|---|
| Invoice Number | 7354 |
| Payment Terms | |

**Billed Time for: U.S. Forensics - Advice**
Contact: Bell, Gary

| Date | Employee Name Description | Activity Code | Activity Code2 | Hours | Rate | Amount Due |
|---|---|---|---|---|---|---|
| 9/25/2006 | Demmons, Larry | | | | | |
| 9/27/2006 | Demmons, Larry | | | | | |
| 9/28/2006 | Demmons, Larry | | | | | |
| 9/29/2006 | Demmons, Larry | | | | | |
| 10/2/2006 | Demmons, Larry | | | | | |
| 10/9/2006 | Demmons, Larry | | | | | |
| 10/13/2006 | Demmons, Larry | | | | | |
| 10/16/2006 | Demmons, Larry<br>Meeting with G. Bell to discuss | | | 1.00 | | |
| 10/19/2006 | Demmons, Larry | | | | | |
| 10/19/2006 | Demmons, Larry | | | | | |
| 10/25/2006 | Demmons, Larry | | | | | |
| 10/27/2006 | Demmons, Larry | | | | | |
| 10/30/2006 | Demmons, Larry<br>Meeting with G. Bell, M. DeHarde, N. Cammarta, D. Jannusky and L. Canada regarding | | | 2.50 | | |

# Taggart, Morton, Ogden, Staub, Rougelot & O'Brien, LLC

2100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2100
Phone: (504) 599-8500 Fax: (504) 599-8501
Tax Id: 72-1376656

**Client:**
U.S. Forensics
Gary Bell

9437 Roslyn Drive
River Ridge, La 70123-

| Invoice Date | 2/9/2007 |
|---|---|
| Invoice Number | 7515 |
| Payment Terms | |

**Billed Time for: U.S. Forensics - Bell, et al. v. Rimkus Consulting Group**
Contact: Bell, Gary

| Date | Employee Name / Description | Activity Code | Activity Code2 | Hours | Rate | Amount Due |
|---|---|---|---|---|---|---|
| 11/1/2006 | Demmons, Larry | | | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ pl | | | | | |
| 11/1/2006 | Demmons, Larry | | | | | |
| 11/2/2006 | Demmons, Larry | | | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓ alls | | | | | |
| 11/3/2006 | Demmons, Larry | | | 1.50 | | |
| | Meeting with G. Bell, M. DeHarde and N. Cammarata regarding ▓▓▓ | | | | | |
| 11/7/2006 | Demmons, Larry | | | | | |
| 11/7/2006 | Demmons, Larry | | | | | |
| 11/8/2006 | Demmons, Larry | | | | | |
| 11/9/2006 | Demmons, Larry | | | | | |
| 11/10/2006 | Demmons, Larry | | | | | |
| 11/13/2006 | Demmons, Larry | | | | | |
| 11/13/2006 | Demmons, Larry | | | | | |