IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. H-07-0405 |
| NICKIE G. CAMMARATA, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Rimkus has filed two motions for leave to file a brief in excess of the 25-page limitation set by Local Rule 6(a). (Docket Entry Nos. 312, 315). The defendants also filed a motion for leave to file a brief in excess of the page limitation. (Docket Entry No. 304). The motions are granted.

SIGNED on July 30, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge