## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Rimkus Consulting Group, Inc. has moved to seal Exhibit Z to its Motion for Contempt and Sanctions.  (Docket Entry No. 316).  The information contained in Exhibit Z concerns specific customers and is designated as proprietary and confidential.  (Docket Entry No. 92).  The motion is granted.

SIGNED on August 21, 2009, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge