**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

At the August 6, 2009 motion hearing, this court ordered the defendants to search external hard drives and accessible backups and to produce electronically stored information relating to the formation of U.S. Forensic, marketing efforts on behalf of U.S. Forensic, and information that the defendants obtained from Rimkus.

Rimkus asserts that Gary Bell has examined the hard drives and backup files and has produced only emails responsive to this order, not the attachments to those emails or other types of relevant information. The defendants are ordered to produce, from the accessible hard drives and backup files, electronically stored information relevant to the three categories of formation, marketing, and information obtained from Rimkus. The defendants are not, however, required to review every one of Rimkus's numerous and detailed discovery requests issued over the last several years to ensure that any and all responsive newly located electronic information has been produced, as long as the information responsive to the three categories identified above has been produced.

SIGNED on August 28, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge