**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Rimkus Consulting Group, Inc. has submitted information showing that Gary Bell maintained a previously undisclosed personal e-mail address to which he forwarded information obtained from Rimkus. The e-mail account was issued by Google. Rimkus may subpoena Google to obtain e-mails sent and received by Bell. The documents and information obtained from the Google must be submitted directly to the court for *in camera* review.

SIGNED on September 2, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge