**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| NICKIE G. CAMMARATA, *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

At a September 2, 2009 discovery conference, this court ordered the defendants to supplement their discovery responses by September 11, 2009. Rimkus was permitted to amend its complaint by September 16, 2009. Any supplemental briefing on the summary judgment motions was also to be filed by September 16, 2009.

The parties have agreed to an extension of these deadlines. The defendants will supplement their discovery responses by September 15, 2009. The deadline for Rimkus's amended complaint and any supplemental briefing is September 21, 2009.

SIGNED on September 11, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge