IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The facts of this case are set forth in extensive detail in this court's February 19, 2010 Memorandum and Opinion. (Docket Entry No. 450). In that opinion, the court stated that Rimkus Consulting Group, Inc. could recover reasonable costs and fees incurred as a result of the spoliation of evidence. (*Id.* at 139). This court will not rule on the attorneys' fees until the conclusion of trial, in order to assess, on the basis of the full record, whether the fees sought are proportional to the impact of the spoliation and any damages recovered.

The remaining deadlines in this case remain unchanged. Discovery has concluded. Motions addressing only the newly raised issues are due **June 11, 2010**. The joint pretrial order is to be filed by **August 13, 2010**. Docket call will be held at **2:00 p.m. on August 27, 2010**, and trial will be held in September.

SIGNED on May 14, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge