IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIMKUS CONSULTING GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-07-0405 |
| | § | |
| NICKIE G. CAMMARATA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Counsel for the defendants has requested the court to extend the motion filing deadline currently scheduled for June 11, 2010, in light of the parties' continued settlement negotiations. The request is not opposed.

The request is granted. Motions addressing only the newly raised issues are due **June 25, 2010**. The remaining deadlines in this case remain unchanged. The joint pretrial order is to be filed by **August 13, 2010**. Docket call will be held at **2:00 p.m. on August 27, 2010**, and trial will be held in September.

SIGNED on June 2, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge